IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| STEVEN MONTGOMERY,           ) | |
|                              ) | |
|   Plaintiff,                 ) | |
|                              ) | |
|   v.                         ) | **Civil No. 1:20-CV-1154-JRR** |
|                              ) | |
| CROTHALL HEALTHCARE, INC.    ) | |
|                              ) | |
|   Defendant.                 ) | |
| _____ ) | |

**JOINT NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Steven Montgomery and Defendant Crothall Healthcare, Inc. by and through their respective counsel of record, hereby submit this Joint Notice of Dismissal.

**IT IS HEREBY NOTICED** that, consistent with the provisions of Rule 41(a)(1)(A)(ii), the parties have agreed to voluntarily dismiss the above-captioned action. This dismissal arises out of a considered and informed decision by the parties, and the parties jointly request that the Court **DISMISS** this action **WITH PREJUDICE.**

The parties respectfully request that the Court enter an order dismissing the above-captioned action **WITH PREJUDICE** in accordance with this notice.

> Upon consideration of the Joint Notice of Dismissal filed at ECF No. 92, it is this 1st day of August 2023 **ORDERED** that this case shall be, and is hereby, **DISMISSED WITH PREJUDICE**; and further it is **ORDERED** that the Clerk of Court shall close this case.
>
> /s/
> Judge Julie R. Rubin
> United States District Judge

1

Respectfully submitted,


_____/s/_____
David Baña (Bar No. 21292)
Law Office of David Baña, Esquire
4305 Saint Paul Street
Baltimore, MD  21218
Tel.: (443) 742-2390
Fax: (410) 670-7573
E-mail: david@davidbana.com

*Attorney for Plaintiff Steven Montgomery*


\_\_\_\_/s/ (with permission)_____
Steven E. Kaplan
Bradley C. Tobias
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, N.W., Suite 400
Washington, DC 20006

*Counsel for Defendant Crothall Healthcare, Inc*